IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELLY MATHENA, on behalf of herself and all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>WEBSTER BANK, N.A.<br>Defendant. | No. 3:10-cv-01448-SRU |

### ORDER ON ATTORNEYS' FEES, COSTS AND EXPENSES AND ON AN INCENTIVE AWARD FOR NAMED PLAINTIFF

WHEREAS, Representative Plaintiff Kelly Mathena and the defendant, Webster Bank ("Webster" or "Defendant") entered into a Settlement Agreement dated September 28, 2010 (the "Settlement Agreement");

WHEREAS, on November 22, 2010, the Court entered an Order of Preliminary Approval Order ("Preliminary Approval Order") that, among other things: (a) certified, pursuant to Fed. R. Civ. P. 23, a Settlement Class for the purposes of settlement only; (b) approved the form of notice to Settlement Class Members, the method of dissemination thereof, and directed that appropriate notice of the settlement be given to the Settlement Class; and (c) set a Final Fairness Hearing date for final approval of the settlement;

WHEREAS, the notice informed the Settlement Class, *inter alia,* that Plaintiff would seek an award of Attorneys' Fees not to exceed $700,000, plus reasonable costs and expenses, and that Named Plaintiff Kelly Mathena would request an incentive award of $5,000, such fees, costs, expenses and incentive award to be paid out of the $2.8 million Settlement Fund; and

WHEREAS, the notice to the Settlement Class ordered by the Court in its Notice Order has been provided, as attested to in the affidavit of Cameron Azari, filed with the Court on February 7, 2011;

WHEREAS, on March 24, 2011, a hearing was held to determine, *inter alia,* whether the Plaintiffs' requests for fees, costs, expenses and an incentive award to Named Plaintiff were fair and reasonable, such hearing date being a due and appropriate number of days after such notice to the Settlement Class and the requisite number of days after such governmental notice;

NOW THEREFORE, having reviewed and considered the submissions presented and the record in these proceedings, and having heard and considered the evidence presented by the parties and the arguments of counsel,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The Court has reviewed Settlement Class Counsel's petition for attorneys' fees, costs, and expenses, and Representative Plaintiff incentive awards, and Defendant's papers in response thereto, and hereby awards attorneys' fees in the amount of $700,000.00, costs and expenses in the amount of $4,577.24, and a Representative Plaintiff incentive award in the amount of $5,000.00 to Kelly Mathena. These amounts will be paid from the Settlement Fund and distributed in accordance with the terms of the Settlement Agreement.

2. In the event the Effective Date does not occur, this Order shall be rendered null and void and shall be vacated and, in such event, as provided in the Settlement Agreement, this Judgment and all orders entered in connection herewith shall be vacated and null and void.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 24th day of March 2011.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge

-6-

## EXHIBIT A

Persons/Entities Who Requested Exclusion from Settlement

1. Christina M. Conroy, P.O. Box 1427, Guilford, CT 06437

2. Curtis Packer, 141 Orange Street, New Haven CT 06510
3. Bru Café, Inc., c/o Curtis Packer, 141 Orange Street, New Haven CT 06510
4. The Hillfield Group, LLC, c/o Curtis Packer, 141 Orange Street, New Haven CT 06510
5. Elm City Service Company, c/o Curtis Packer, 141 Orange Street, New Haven CT 06510
6. Sandra Kardus 105 Sunset Drive Derby CT 06418